# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 53065

STATE OF IDAHO,

      Plaintiff-Respondent,

v.

KYLIE OPAL ROBINSON,

      Defendant-Appellant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Filed: May 11, 2026

Melanie Gagnepain, Clerk

**THIS IS AN UNPUBLISHED OPINION AND SHALL NOT BE CITED AS AUTHORITY**

Appeal from the District Court of the First Judicial District, State of Idaho, Shoshone County. Hon. Barbara Duggan, District Judge.

Order denying Idaho Criminal Rule 35 motion, <u>affirmed</u>.

Katherine Ball and Xavier Suarez, University of Idaho Legal Aid Clinic; and Erik R. Lehtinen, State Appellate Public Defender; Andrea W. Reynolds, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Raúl R. Labrador, Attorney General; Kacey L. Jones, Deputy Attorney General, Boise, for respondent.

_____

Before TRIBE, Chief Judge; HUSKEY, Judge;
and LORELLO, Judge

_____

PER CURIAM

    Kylie Opal Robinson pled guilty to unlawful possession of a firearm, Idaho Code § 18-3316(1). In exchange for her guilty plea, additional charges were dismissed. The district court sentenced Robinson to a unified term of five years, with a minimum period of confinement of two years. Robinson filed a Rule 35 motion asking the district court to reduce her sentence to a unified term of five years, with a minimum period of confinement of one year, which the district court denied. Robinson appeals.

    A motion for reduction of sentence under Rule 35 is essentially a plea for leniency, addressed to the sound discretion of the court. *State v. Knighton*, 143 Idaho 318, 319, 144 P.3d

23, 24 (2006); *State v. Allbee*, 115 Idaho 845, 846, 771 P.2d 66, 67 (Ct. App. 1989).  In presenting a Rule 35 motion, the defendant must show that the sentence is excessive in light of new or additional information subsequently provided to the district court in support of the motion.  *State v. Huffman*, 144 Idaho 201, 203, 159 P.3d 838, 840 (2007).

Upon review of the record, including any new or additional information submitted with Robinson's Rule 35 motion, we conclude no abuse of discretion has been shown.  Therefore, the district court's order denying Robinson's Rule 35 motion is affirmed.